UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 02-61012-CIV-HUCK
Magistrate Judge Turnoff



PALLET RECOVERY LLC and
PEACHTREE GROUP LLC,

       Plaintiff(s),

vs.

TURLOCK FRUIT CO., a California Corporation,

       Defendant(s).

_____/

### AGREED MOTION FOR ENLARGEMENT OF TIME
### TO FILE RESPONSE TO COMPLAINT PURSUANT TO
### RULE 12 OF THE FEDERAL RULES OF CIVIL PROCEDURE

COMES NOW the Defendant, TURLOCK FRUIT CO. (hereinafter referred to as "Defendant"), by and through the undersigned attorneys, and pursuant to Fed.R.Civ.P. 12, moves that this Honorable Court enter an Order granting an enlargement of time within which to respond to the Complaint, and as grounds therefor would state the following:

1.     The Defendant was served with the Complaint on July 16, 2002.

2.     The Defendant's response to the Complaint is due on August 5, 2002.  Due to the undersigned's current case load, the Defendant is requesting an enlargement of time, up thorough and including August 12, 2002, to file a response to the Complaint.

3.     The undersigned counsel has made a good faith effort to contact opposing counsel, and is authorized to represent that Plaintiffs

      a.     have no objection to this motion.

      b.     that this motion for enlargement of time shall not constitute waiver of any of the defenses now available to this Defendant, including without limitation, the



-2-                          CASE NO: 02-61012-CIV-HUCK
                             Magistrate Judge Turnoff

defenses of lack of personal jurisdiction of the United States District Court Souther District

of Florida over this Defendant and the other defenses set forth in Rule 12 (b) of the Federal

Rules of Civil Procedure.

    Wherefore, the Defendant, TURLOCK FRUIT CO., requests that this Court enter

an Order granting its Motion for Enlargement of Time and allowing the Defendant up

through and including August 12, 2002, within which to serve its response to the

Complaint.

                             Respectfully submitted,


                             By:_____
                                    Z. SUZANNE ARBIDE
                                    Fla. Bar No. 0151520

    WE HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished to: **Stuart Gold, Esquire,** Attorneys for Plaintiff, Sax. Willinger & Gold. 8180

N.W. 36th Street, Suite 100, Miami, Florida 33166, by mail on August 6, 2002.

                             PYSZKA, BLACKMON, LEVY, MOWERS & KELLEY
                             Attorneys for TURLOCK FRUIT CO.
                             14750 N.W. 77th Court
                             Suite 300
                             Miami Lakes, FL 33016
                             Telephone:   (305) 512-3737
                             Facsimile:   (305) 512-1253


                             By:_____
                                    JEFFREY A. MOWERS
                                    Florida Bar No. 508240

                                    Z. SUZANNE ARBIDE
                                    Florida Bar No. 0151520

H:\LIB\DOCS\116545\CE5469.WPD